

FILED

OCT 1 7 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

BENIGNA C. WHALEN

Case No. 2:25mj223
Court Date: January 8, 2026

CRIMINAL INFORMATION

COUNT ONE

Misdemeanor – Violation No. E1188919

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 2, 2025, at Joint Expeditionary Base Little Creek Fort Story, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, BENIGNA C. WHALEN, did drive a motor vehicle upon a highway without a valid driver's license

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-300.)

Respectfully submitted,

Lindsey Halligan
United States Attorney

By: _____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
ashley.young@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*

Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
ashley.young@usdoj.gov

17 October 2025

Date